IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON BRONSTON,<br><br>Defendant. | **8:24CR151**<br><br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss the Bushmaster XM 15-E2s .223/5.56 Semi-Automatic Rifle, Serial Number ARG503046 from the Forfeiture Allegation and Return the Asset to the Rightful Owner. (Filing No. 50). The Court has reviewed the record in this case and finds the government's Motion should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion to Dismiss the Bushmaster XM 15-E2s .223/5.56 Semi-Automatic Rifle, Serial Number ARG503046 from the Forfeiture Allegation and Return the Asset to the Rightful Owner (Filing No. 50) is granted.

2. The Bushmaster XM 15-E2s .223/5.56 Semi-Automatic Rifle, Serial Number ARG503046 is hereby dismissed from the forfeiture allegation.

3. The Bushmaster XM 15-E2s .223/5.56 Semi-Automatic Rifle, Serial Number ARG503046 is hereby ordered to be returned to the rightful owner.

Dated this 9th day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge