IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON BRONSTON,<br><br>Defendant. | **8:24CR151**<br><br><br>**FINAL ORDER**<br>**OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 56).  The Court has carefully reviewed the record in this case and finds as follows:

1.      On February 17, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 44) forfeiting defendant Jason Bronston's interest in:

a.      A Mossberg 12-gauge shotgun model Maverick 88, serial number MV24139U;

b.      A Glock 23 .40-caliber semi-automatic handgun, serial number MZF996;

c.      A Bushmaster XM 15-E2S .223/5.56 semi-automatic rifle, serial number ARG503046;

d.      A Mossberg 12-gauge shotgun model 500 ABD, serial number G057924;

e.      A Mossberg 12-gauge shotgun model 500A, serial number K120601.

f.      Seven (7) live rounds of 12 gauge shells;

g.      13 rounds Glock .40 caliber handgun magazine; and

h.      A tan 30 round Magpul .223/5.56 magazine, loaded with 28 live .223 rounds.

2.      On June 9, 2026, the Court entered an Order dismissing the Bushmaster XM 15-E2s .223/5.56 Semi-Automatic Rifle, Serial Number ARG503046 from the Forfeiture Allegation and directing it to be returned to the rightful owner (Filing No. 53).

3.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 4, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   A Declaration of Publication (Filing No. 55) was filed herein on June 24, 2026.

4.      The government has advised the Court that no petitions have been filed.   A review of the record supports that assertion.

5.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 56) is granted.

2.      All right, title and interest in and to:
   a.      A Mossberg 12-gauge shotgun model Maverick 88, serial number MV24139U;
   b.      A Glock 23 .40-caliber semi-automatic handgun, serial number MZF996;
   c.      A Mossberg 12-gauge shotgun model 500 ABD, serial number G057924;
   d.      A Mossberg 12-gauge shotgun model 500A, serial number K120601.
   e.      Seven (7) live rounds of 12 gauge shells;
   f.      13 rounds Glock .40 caliber handgun magazine; and

g.      A tan 30 round Magpul .223/5.56 magazine, loaded with 28 live .223 rounds held by any person or entity are forever barred and foreclosed (the "Subject Property").

3.      The Subject Property is forfeited to the government.

4.      The government is directed to dispose of the Subject Property in accordance with law.

Dated this 25th day of June 2026.


BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge